The order below is hereby signed.

Signed: September 27 2018



S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
RONALD A. WALLACE, SR.                    :   Chapter 13 Case No. 18-00216 SMT
   Debtor

**ORDER OF DISMISSAL**

Upon consideration of the Trustee's Motion to Dismiss based on denial of confirmation, it is,

ORDERED, that the above-captioned matter be and the same is hereby dismissed pursuant to 11 U.S.C. §1307.

cc:

Ronald A. Wallace, Sr.
6120 Eastern Avenue, N
Washington, DC 20011

Bennie R. Brooks, Esq.
8201 Corporate Dr., Suite 260
Landover, MD 20785

All Entities on Mailing List